## ELIZABETH A. GAARY *v.* PATRICK J. GILLIS
### (AC 32980)

DiPentima, C. J., and Lavine and Bishop, Js.

Argued February 19—officially released March 12, 2013

Per Curiam. The judgment is affirmed.

## TROY GORDON *v.* COMMISSIONER
## OF CORRECTION
### (AC 33892)

Gruendel, Robinson and Borden, Js.

Argued March 5—officially released March 26, 2013

Per Curiam. The appeal is dismissed.

## ARTUR STRZALKOWSKI *v.* RENATA STRZALKOWSKI
### (AC 33984)

DiPentima, C. J., and Bear and Flynn, Js.

Argued March 6—officially released March 26, 2013

Per Curiam. The judgment is affirmed.